FILED

09/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0321

_____

DON DANIELS, as conservator of the Estate of
SARAH DANIELS,

      Plaintiff, Appellee,
      and Cross-Appellant,

   v.

GALLATIN COUNTY, RICK BLACKWOOD,
and ONE BEACON INSURANCE GROUP, LLC,
d/b/a ATLANTIC SPECIALTY INSURANCE
COMPANY,

      Defendants and Appellants.

_____

O R D E R

Appellants Gallatin County, et al. have filed a motion for extension of time within which to file their opening brief.

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including October 18, 2021, within which to prepare, file, and serve their opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2021